AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ramos, Edgardo | United States District Court, Southern District of New York | 12/09/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Thurgood Marshall United States Courthouse
40 Foley Square
Suite 410
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Executive Committee of the New York City Bar Association |
| 2. Co-Chair | Latino Alumni Commitee of the Harvard Law School Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 12/09/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ▬▬▬▬▬▬▬▬ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 12/09/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Revolving line of credit. | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 12/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. -JP Morgan Chase Checking and Savings accounts | A | Interest | K | T | | | | | |
| 2. -People's Bank Checking and Savings accounts | A | Interest | K | T | | | | | |
| 3. -Bank of America Checking and Savings accounts | A | Interest | J | T | | | | | |
| 4. TIAA CREF Retirement Accounts | | | | | | | | | |
| 5. - TIAA Traditional | D | Dividend | M | T | | | | | |
| 6. - CREF Stock | D | Dividend | M | T | | | | | |
| 7. - CREF Equity Index | B | Dividend | K | T | | | | | |
| 8. - CREF Global Equities | B | Dividend | K | T | | | | | |
| 9. --CREF Bond Market | B | Dividend | K | T | | | | | |
| 10. - CREF Inflation-Linked Bond | A | Dividend | J | T | | | | | |
| 11. - CREF Money Market | A | Dividend | J | T | | | | | |
| 12. Fidelity Retirement Account | | | | | | | | | |
| 13. - Fidelity Contrafund | C | Dividend | K | T | | | | | |
| 14. - Fidelity Intermediate Government Income fund | A | Dividend | J | T | | | | | |
| 15. -Fidelity Retirement Government Money Market f/k/a Fidelity Money Mark | A | Dividend | J | T | | | | | |
| 16. -JPMCB SR 2030 C (X) | A | Dividend | J | T | | | | | |
| 17. - Harbor International Instl CL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 12/09/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Kalmar Growth-with value smalll cap | A | Dividend | J | T | | | | | |
| 19. - Lazard/IBT Capital Allocater Balanced Portfolio | D | Dividend | M | T | Buy (add'l) | 01/15/14 | J | | |
| 20. -MIP II CL 2 (X) | B | Dividend | M | T | | | | | |
| 21. - PIMCO Total Return Inst CL | A | Dividend | K | T | | | | | |
| 22. - Rainier Small Mid Cap Equity Instl CL | B | Dividend | K | T | | | | | |
| 23. - Spartan 500 Index-Investor Class | D | Dividend | L | T | | | | | |
| 24. - T. Row Price Equity Income SHS | B | Dividend | K | T | | | | | |
| 25. - Third Avenue Real Estate Value | A | Dividend | J | T | | | | | |
| 26. -CT Higher Education Trust Moderate Managed Allocation | | None | M | T | Distributed (part) | 08/08/14 | K | | |
| 27. | | | | | Buy (add'l) | 01/27/14 | K | | |
| 28. -Vanguard U.S. Growth Fund UTMA | C | Dividend | L | T | Distributed (part) | 12/15/14 | K | D | |
| 29. Brokerage Account # 1 | | | | | | | | | |
| 30. - ML Bank Deposit Program f/k/a Merrill Lynch Money Market | A | Int./Div. | K | T | | | | | |
| 31. -Abbot Labs | A | Dividend | J | T | | | | | |
| 32. -Abbvie (X) | A | Dividend | J | T | | | | | |
| 33. -ConAgra Foods | A | Dividend | J | T | | | | | |
| 34. -Dupont E.I. De Nemours | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 12/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -General Electric | A | Dividend | J | T | | | | | |
| 36. -GlaxoSmithKline PLC ADR | A | Dividend | J | T | | | | | |
| 37. -Hospira | | None | J | T | | | | | |
| 38. -Pfizer | A | Dividend | J | T | | | | | |
| 39. -Proctor & Gamble | A | Dividend | J | T | | | | | |
| 40. Brokerage Account # 2 | | | | | | | | | |
| 41. -Federated Capital Reserves Money Market | A | Dividend | M | T | | | | | |
| 42. -Escrow-AMR Corp f/k/a American Airls Group Inc | | None | J | T | | | | | |
| 43. -AT&T | A | Dividend | K | T | | | | | |
| 44. -Abbott Labs | A | Dividend | K | T | | | | | |
| 45. -Abbvie | A | Dividend | K | T | | | | | |
| 46. Alcatel-Lucent (Y) | | | | | | | | | |
| 47. -Alcoa Inc. | A | Dividend | J | T | | | | | |
| 48. -Allstate Corp. | A | Dividend | J | T | | | | | |
| 49. -Amerisource Bergen | A | Dividend | J | T | | | | | |
| 50. -Amgen Inc. | A | Dividend | K | T | | | | | |
| 51. -BP PLC Spons ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 12/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -BT Group PLC ADT | A | Dividend | J | T | | | | | |
| 53.  -Boeing Co Com | A | Dividend | J | T | | | | | |
| 54.  -Boston Scientific | | None | J | T | | | | | |
| 55.  -CBS Corp. CL B Com | A | Dividend | J | T | | | | | |
| 56.  -Cigna Corp. | A | Dividend | K | T | | | | | |
| 57.  -Campbell Soup Co | A | Dividend | J | T | | | | | |
| 58.  -Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 59.  -Chevron Corp New Com | A | Dividend | K | T | | | | | |
| 60.  -Cisco Systems Inc (Y) | | | | | | | | | |
| 61.  -Clorox Co Com | A | Dividend | J | T | | | | | |
| 62.  -Coach Inc. Com | A | Dividend | J | T | | | | | |
| 63.  -Coca Cola Company | A | Dividend | J | T | | | | | |
| 64.  -Comcast Corp CL A | A | Dividend | J | T | | | | | |
| 65.  -ConAgra Foods Inc. Com | A | Dividend | J | T | | | | | |
| 66.  -Conoco Phillips Com | A | Dividend | J | T | | | | | |
| 67.  -Demaster Blenders (X) | | None | | | Sold | 04/25/14 | J | B | |
| 68.  -Disney Walt Co Disney Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 12/09/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Discover Finl Svsc Inc. | A | Dividend | J | T | | | | | |
| 70. -DirectTV Com CL A | | None | J | T | | | | | |
| 71. -Dow Chem Co | A | Dividend | J | T | | | | | |
| 72. -Eastman Chem Co Com | A | Dividend | J | T | | | | | |
| 73. -Exxon Mobil Corp Com | A | Dividend | K | T | | | | | |
| 74. -Ford Motor Co Del Com Par | A | Dividend | J | T | | | | | |
| 75. -Freeport McMoran Copper & Gold Inc. | A | Dividend | J | T | | | | | |
| 76. -Frontier Communications (Y) | | | | | | | | | |
| 77. -General Electric Co Com | A | Dividend | J | T | | | | | |
| 78. -GlaxoSmithKline PLC Spons ADR | A | Dividend | J | T | | | | | |
| 79. -Hanesbrands | A | Dividend | J | T | | | | | |
| 80. -Hershey Co Com | A | Dividend | J | T | | | | | |
| 81. -Hillshire Brands Co Com | A | Dividend | | | Sold | 03/09/14 | J | B | |
| 82. -Hospira Inc. Com | | None | J | T | | | | | |
| 83. -Ingredion Inc | A | Dividend | J | T | | | | | |
| 84. -Intel Corp Com | A | Dividend | K | T | | | | | |
| 85. -IBM Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 12/09/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -International Paper Co | A | Dividend | J | T | | | | | |
| 87. -JP Morgan Chase & Co Com | A | Dividend | J | T | | | | | |
| 88. -Kellogg Co | A | Dividend | J | T | | | | | |
| 89. -Lifepoint Hosps Inc. Com | | None | J | T | | | | | |
| 90. LSI Corp Common (Y) | | | | | | | | | |
| 91. -Merck & Co Inc. New Com | A | Dividend | J | T | | | | | |
| 92. -Morgan Stanley Com New | A | Dividend | J | T | | | | | |
| 93. -NCR Corp Com | | None | J | T | | | | | |
| 94. -Newell Rubbermaid Inc. Com | A | Dividend | J | T | | | | | |
| 95. -News Corp CL A | | None | J | T | | | | | |
| 96. -OFG Bank Corp f/k/a Oriental Financial Group Inc. com | A | Dividend | J | T | | | | | |
| 97. -Pepsico Inc. | A | Dividend | J | T | | | | | |
| 98. -Pfizer Inc. Com | B | Dividend | K | T | | | | | |
| 99. -Phillips 66 | A | Dividend | J | T | | | | | |
| 100. -Praxair Inc. | A | Dividend | K | T | | | | | |
| 101. -Raytheon Co New Com | A | Dividend | J | T | | | | | |
| 102. -Smucker J M Co Com New | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 12/09/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Target Corp | A | Dividend | K | T | | | | | |
| 104. -Teradata Corp Del Com | | None | J | T | | | | | |
| 105. -3M Co Com | A | Dividend | J | T | | | | | |
| 106. -Time Warner Inc. New Com New | A | Dividend | J | T | | | | | |
| 107. -Time Warner Cable Inc. Com | A | Dividend | J | T | | | | | |
| 108. -Travelers Cos Inc. Com | A | Dividend | J | T | | | | | |
| 109. -Twenty-First Century Fox | A | Dividend | J | T | | | | | |
| 110. -United States Stl Corp New Com (Y) | | | | | | | | | |
| 111. -Verizon Communications Com | A | Dividend | J | T | | | | | |
| 112. -Viacom Inc. CL B Com New | A | Dividend | J | T | | | | | |
| 113. -Vodaphone Group PLC Spon ADR New | B | Dividend | J | T | | | | | |
| 114. -Yum Brands Inc. Com | A | Dividend | J | T | | | | | |
| 115. -Public Storage Common Stock (REIT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 12/09/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following invesments-Charles Schwab Agressive Growth Option, Dwight Asset Management Fixed Income Fund, Corn Products Intl Inc Com and Sara Lee Corp were inadvertently listed in 2013 and are no longer held.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edgardo Ramos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544